UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAROLD F. SYLVAN,

    Plaintiff,

v.                                      Case No. 3:04-cv-717-J-20MMH

HONEYWELL TECHNOLOGY
SOLUTIONS, INC., a foreign corporation,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' Joint Motion to Dismiss With Prejudice (Doc. No. 28, filed on August 3, 2005). Therefore, it is hereby ordered that this case is **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of August, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
David B. Sacks, Esq.
Charles F. Henley, Jr., Esq.
Garry Randolph, CRD